UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:24-cv-01439-SSS-DTBx | Date | November 7, 2024 |
|---|---|---|---|
| Title | *Brooke Egger v. County of Riverside, et al.* | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DOE DEFENDANTS**

On August 8, 2024, Plaintiff Brooke Egger filed her First Amended Complaint in which numerous Doe defendants are listed. [*See* Dkt. 16, First Am. Compl. ("FAC"), at 3–4 ¶¶ 13–14]. As of the date of this order, there is no evidence in the record to show Plaintiff has timely served these defendants under Federal Rule of Civil Procedure 4(m).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why the Doe defendants should not be dismissed for failure to name and serve a copy of the summons and First Amended Complaint on these defendants. Plaintiff must respond in writing by **December 13, 2024**. Failure to respond will result in a dismissal of the Doe Defendants under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey court orders.

**IT IS SO ORDERED.**